# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 30, 2016

## NO. 03-15-00090-CR

**Christopher Leverson, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment entered by the county court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the county court's judgment. Therefore, the Court affirms the county court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.